Tishman v Himmel & Meringoff Props., LLC (2025 NY Slip Op 06299)

Tishman v Himmel & Meringoff Props., LLC

2025 NY Slip Op 06299

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, O'Neill Levy, Chan, JJ. 

Index No. 156708/20|Appeal No. 5188|Case No. 2025-03423|

[*1]Steven Tishman etc., et al, Plaintiffs-Respondents,
v
Himmel & Meringoff Properties, LLC et al., Defendants-Appellants, The City of New York, Defendant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Dakota D. Ramseur, J.), entered on or about May 23, 2025,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 22, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 18, 2025